[No. 7332–3–II.  Division Two.  January 27, 1986.]

ROBERT A. MOLTKE, *Respondent,* v. UNION OIL COMPANY OF CALIFORNIA, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 267788, Arthur W. Verharen, J., entered September 23, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Petrich, JJ.

[No. 7318–8–II.  Division Two.  January 28, 1986.]

CHARLES E. HUPE, *Appellant,* v. THE MILITARY DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 82–2–00501–8, Hewitt A. Henry, J., entered September 19, 1983. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Alexander, J., and Petrie, J. Pro Tem.

[No. 15343–9–I.  Division One.  February 3, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT ERNEST GLADDING, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–01524–8, Charles V. Johnson, J., entered August 31, 1984. *Dismissed* by unpublished per curiam opinion.